UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT J. BARBERA,

        Plaintiff,

  -against-                                 1:02-CV-315
                                                   (LEK/RFT)

JO ANNE B. BARNHART, Commissioner of
Social Security,

        Defendant.

## MEMORANDUM-DECISION AND ORDER

      By Mandate dated October 4, 2005, the United States Court of Appeals for the Second Circuit vacated this Court's July 9, 2004 judgment and remanded the case to this Court with instructions to remand to the Social Security Administration's Office of Hearings and Appeals for further proceedings. Mandate (Dkt. No. 19).

      Accordingly, it is hereby

      ORDERED that the case is **REMANDED** to the Social Security Administration's Office of Hearings and Appeals for further proceedings consistent with the October 4, 2005 Mandate of the Court of Appeals for the Second Circuit.

      IT IS SO ORDERED.

DATED: January 26, 2006
           Albany, New York

Lawrence E. Kahn
U.S. District Judge