## * * * * * UNITED STATES DISTRICT COURT * * * * *

### NORTHERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 1:02-CV-0315 (LEK/RFT)**

**ROBERT J. BARBERA,**

                **Plaintiff,**

   v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

                **Defendant.**

_____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__   **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, the case is DISMISSED in favor of the Plaintiff and against the Defendant and is REMANDED to the Commissioner for further proceedings in accordance with the MEMORANDUM-DECISION AND ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated January 26, 2006.

**DATE:   January 26, 2006**                                       **LAWRENCE K. BAERMAN**
                                                                               CLERK OF THE COURT

                                                                                *Scott A. Snyder*
                                                                              **Courtroom Deputy to the**
                                                                              **Honorable Lawrence E. Kahn**